**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

May 7, 2015

Hon. Michael C. Sartori
Attorney At Law
502A Houston Street
P.O. Box 1222
George West, TX 78022-1212
* DELIVERED VIA E-MAIL *

Hon. Syed-Saifuddin Tim Yusuf
Law Offices of S. Tim Yusuf, PLLC
11200 Broadway St Ste 2743
Pearland, TX 77584-9787
* DELIVERED VIA E-MAIL *

Hon. Michael Ryan Kirby
Kirby, Mathews and Walrath, P.L.L.C.
Esperson Building
815 Walker St., Suite 240
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00623-CV
Tr.Ct.No. L-13-0197-CV-B
Style: G.W. Kolstad and William Fraser v. Mary June Owen Merrell

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Friday, May 15, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch